United States District Court
Southern District of Texas
FILED

JAN 2 6 2010

Clerk of Court

**U. S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **(PLAINTIFF)** § | |
| § | |
| V. § | CIVIL ACTION NO. 4:09-cv-04101 |
| § | |
| **$56,657.00 IN U.S. CURRENCY** § | |
| **(RESPONDENT)** § | |

## MOTION FOR CONVENTIONAL PAPER FILING

TO THE HONORABLE JUDGE OF THE SAID COURT:

The undersigned counsel, the movant, avers that his law firm is in process of making necessary arrangements to set electronic filing before this court. Until then, movant's client's interest, and civil rights are at stake. Therefore, movant requests this court to allow him to file thru conventional paper filing before this court.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, movant prays that the Court grant her Motion for Conventional Paper filing allowing undersigned counsel to proceed through the conventional paper filing.

Respectfully submitted,

_____
Prince Uche Nwakanma, Esquire
KBN: 21352
Fed. Id. # 36183
7322 Southwest Freeway, suite # 1900
Houston, Texas 77074
Telephone: (713) 271-0711
Facsimile: (713) 271-0725
**Attorney for Valentine Osigboh**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all counsels of records in the manner required by the rules on the __25th__ day of __Jan__ 2010.

Albert Ratliff
Assistant U. S. Attorney
P. O. Box 61129
Houston, Texas 77208

_____
TONY IWUORIE