**U. S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON, DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **(PLAINTIFF)** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:09-cv-04101** |
| | § | |
| **$56,657.00 IN U.S. CURRENCY** | § | |
| **(RESPONDENT)** | § | |

## ORDER

On the _____ day of _____ 2010, the Court considered the Motion for Conventional Paper Filing. The Court, having reviewed same, finds same should be in all things granted.

IT IS THEREFORE, ORDERED that attorney Prince Uche Nwakanma is allowed to proceed through conventional paper filing. until March 30, 2010.

Signed March 3, 2010

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

_____
Prince Uche Nwakanma
KSB # 21352
Fed. Id. # 36183
Prince & Associates, P.C.
7322 Southwest Freeway, suite # 1900
Houston, Texas 77074
Telephone: (713) 271-0711
Facsimile: (713) 271-0725
**Attorney for Valentine Osigboh**